George B. Hurd, in His Own Behalf, etc., Respondent, v. Greenlawn

Cemetery Association and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.